No. 86–5515. KINNELL *v.* MASCHNER, DIRECTOR, KANSAS STATE PENITENTIARY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 86–5517. HOLT *v.* WELDON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 86–5521. RODMAN *v.* TAYLOR ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–5522. MINIS *v.* OHIO UNEMPLOYMENT COMPENSATION BOARD OF REVIEW. Sup. Ct. Ohio. Certiorari denied.

No. 86–5528. BROWN *v.* SEAWELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5529. CHAMBERS *v.* INDUSTRIAL COMMISSION OF ILLINOIS ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–5534. BEEMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–5535. HERZOG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5538. BELL *v.* STONE. C. A. 6th Cir. Certiorari denied.

No. 86–5546. BROWN *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 86–5553. RILEY *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 86–5603. BITTNER *v.* UNITED STATES PAROLE COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 86–5615. COLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5628. ELKINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.